IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
JUN 11 2015
Clerk, U.S. District Court
District Of Montana
Missoula

| ERIC FLORES, | CV 15-32-H-DLC-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES ATTORNEY GENERAL, and FEDERAL BUREAU OF INVESTIGATION | |
| Defendants. | |

United States Magistrate Judge John T. Johnston entered his order, findings, and recommendations in this case on April 27, 2015, denying Plaintiff Flores' motion to transfer, recommending denial of his motion to proceed *in forma pauperis*, and recommending dismissal of this case. Flores failed to timely object to the findings and recommendations, and so waived the right to *de novo* review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court adopts Judge Johnston's findings and recommendations in full.

Judge Johnston found, and this Court agrees, that Flores' claims consist

-1-

entirely of fantastic and illogical accusations against the federal government. The contents of the Complaint, coupled with Flores' long and geographically far-flung history of frivolous court filings, compels a conclusion that this action is frivolous, meritless, and appropriate for dismissal. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Accordingly, IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 5) are ADOPTED IN FULL. Plaintiff Flores' motion to proceed *in forma pauperis* (Doc. 1) is DENIED. The Clerk of Court shall CLOSE this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Clerk of Court shall discard any motion for reconsideration or rehearing.

DATED this 11th day of June, 2015.

Dana L. Christensen, Chief Judge
United States District Court